# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 525 MAL 2015
:
            Respondent :
:
                                        : Petition for Allowance of Appeal from
                                        : the Order of the Superior Court
            v. :
:
:
JAMES ROBERT SCHOLL, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.